## ARTHUR J. ROCQUE, JR., COMMISSIONER OF ENVIRONMENTAL PROTECTION *v.* SOUND MANUFACTURING, INC., ET AL.

The petition by the defendants Sound Manufacturing, Inc., and Brian E. Cote for certification for appeal from the Appellate Court, 76 Conn. App. 130 (AC 22551), is denied.

*James A. Wade, Craig A. Raabe* and *Richard M. Fil*, in support of the petition.

*Marjorie Allen Dauster*, senior assistant state's attorney, in opposition.

Decided May 15, 2003

## THOMAS SMITH *v.* COMMISSIONER OF CORRECTION

The petitioner Thomas Smith's petition for certification for appeal from the Appellate Court, 76 Conn. App. 905 (AC 23352), is denied.

*James M. Fox*, special public defender, in support of the petition.

*Gerard P. Eisenman*, senior assistant state's attorney, in opposition.

Decided May 15, 2003